IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–49–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JAMIE SCOTT CHANDLER, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for

Preliminary Order of Forfeiture. (Doc. 27.) The Court having read said motion

and being fully advised in the premises finds:

THAT the Defendant, JAMIE SCOTT CHANDLER, plead guilty to Count I

of the Indictment, and the forfeiture count therein, and a factual basis and cause to

issue a forfeiture order in this case exists under 21 U.S.C. § 853(a)(1) and (2) and

21 U.S.C. § 881(a)(11);

THAT prior to the disposition of the assets, the DEA, the United States

Marshals Service, or a designated sub-custodian, is required to seize the forfeited

property; and

THAT 21 U.S.C. § 853(n)(1) requires that third parties who may have an

interest in the property receive notice, via publication, or to the extent practical,

direct written notice of the forfeiture and the United States' intent to dispose of the property.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' motion (Doc. 27) is GRANTED.  Defendant Chandler's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11):

- $2,208 in U.S. Currency;

- One Hi-Point Pistol (model CF380/380 ACP, SN P8023734); and

- One Mossberg 12 gauge shotgun (SC C863901).

THAT the DEA, the United States Marshals Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been

completed; and

THAT upon adjudication of all third-party interests, if any, the Court will

enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and

Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 24th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court