IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAMIE SCOTT CHANDLER,<br><br>　　　　　　Defendant. | CR 21–49–M–DWM<br><br><br>ORDER |

　　　Defendant's motion for an extension of time to file any objections to the presentence report was granted. (Doc. 35.) In light of this extension,

　　　IT IS ORDERED that the following deadlines in the Court's February 23, 2022 order are modified as follows:

- The presentence report, in final form, shall be delivered to the Court and the parties no later than **June 29, 2022.**

- If any objections are not resolved and counsel wishes the Court to address them, the objecting party shall submit all unresolved objections and a sentencing memorandum to the Court no later than **June 30, 2022.** The Court will resolve disputes in accordance with §6A1.3 of the Guidelines at the sentencing hearing.

- If either party intends to have witnesses testify at sentencing, the party must notify the Court and the opposing party, by filing a separate notification document, no later than **June 30, 2022,** of the identify of the witness and the scope and purpose of the intended testimony.
- Any letters of support shall be due on or before **June 30, 2022.**
- Any response to sentencing memoranda shall be due on or before July 5, 2022.

The Court's February 23, 2022 order remains in full force and effect in all other respects.

DATED this 9th day of June, 2022.

_____
Donald W. Molloy, District Judge
United States District Court